No. 482. WATERMAN STEAMSHIP CORP. *v.* U. S. SMELTING, REFINING & MINING CO. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *James J. Morrison* and *R. Emmett Kerrigan* for petitioner. *F. Herbert Prem* for respondent.

No. 275. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION ET AL. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Ira Lloyd Letts, John S. L. Yost, E. H. Lange* and *Russell Voertman* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Abraham J. Harris, Lambert McAllister* and *Melvin Richter* for the Federal Power Commission, respondent.

No. 438. HARRIS-STANLEY COAL & LAND CO. ET AL. *v.* CHESAPEAKE & OHIO RAILWAY CO. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Bailey P. Wootton* for petitioners. *LeWright Browning* for respondent.

No. 505. DE LA ROI *v.* CALIFORNIA. October 21, 1946. Petition for writ of certiorari to the Supreme Court of California denied. MR. JUSTICE MURPHY is of the opinion that the petition should be granted. *James M. Hanley*

for petitioner. *Robert W. Kenny,* Attorney General of California for respondent.

No. 427. LAVENDER, ADMINISTRATOR, *v.* KURN ET AL., TRUSTEES, ET AL. October 21, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied for want of a final judgment. MR. JUSTICE BLACK and MR. JUSTICE MURPHY are of the opinion that the petition should be granted. *N. Murry Edwards, James A. Waechter* and *Douglas H. Jones* for petitioner. *Maurice G. Roberts, Cornelius H. Skinker, Jr., William R. Gentry, Charles A. Helsell* and *John W. Freels* for respondents.

No. 164. MOSELEY ET AL. *v.* UNITED STATES APPLIANCE CORP. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter Slack* for petitioners. *Philip Harper Allen* for respondent. *Solicitor General McGrath* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.

No. 463. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL.; and

No. 552. THOMPSON, TRUSTEE, ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. October 28, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Douglas F. Smith, Kenneth F. Burgess, E. C. Hartman, E. H. Burgess, Thomas P. Healy* and *Guernsey Orcutt* for petitioners in No. 463 and respondents in No. 552. *M. G. Roberts* and *Clyde W.*